UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 17-22590-CIV-COOKE

AT LAW AND IN ADMIRALTY

JANE DOE and JOHNNY DOE, as
parents and natural guardians and on
behalf of E.S., a minor child,

      Plaintiffs,

vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINE,

      Defendant.

_____/

## NOTICE OF SETTLEMENT AND UNOPPOSED MOTION FOR THE COURT TO RETAIN JURISDICTION UNTIL THE SETTLEMENT IS CONSUMMATED

Plaintiffs, JANE DOE and JOHNNY DOE, as parents and natural guardians and on behalf of E.S., a minor child, by and through their undersigned counsel, hereby notify the Court and all interested parties that the parties to this suit have entered into a full and complete settlement agreement on the above captioned case, and further say:

1. The parties have settled the above-captioned case pursuant to a confidential settlement agreement.

2. The parties respectfully request that the Court retain jurisdiction for a minimum of 60 days in order to enforce the terms and conditions of the confidential settlement agreement.

Once the settlement has been consummated, the parties will promptly file a Stipulation for Dismissal with Prejudice.

3. This motion is being filed pursuant to and in full compliance with Fed. R. Civ. P. 41(a), *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), and *Anago Franchising, Inc. v. Shaz*, LLC, 677 F. 3d 1272 (11th Cir. 2012).

4. **L.R. 7.1 Conferral**: Before filing this Notice of Settlement and Motion for the Court to retain jurisdiction until the Settlement is consummated, the parties conferred, and the Defendant does not oppose this request for relief.

WHEREFORE, the Plaintiffs respectfully request this Court retain jurisdiction for 60 days from the present date and grant all other relief that the Court deems just and proper.

Respectfully Submitted,

*s/C. Claire Armagnac-Rodriguez*
John H. Hickey (FBN 305081)
hickey@hickeylawfirm.com
C. Claire Armagnac-Rodriguez (FBN 112363)
carmagnac@hickeylawfirm.com
Hickey Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, FL 33131
Phone: (305) 371-8000
Fax: (305) 371-3542
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

We hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 21st day of September, 2018. We also certify that the foregoing was served on all counsel or parties of record either via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By:  *s/C. Claire Armagnac-Rodriguez*
C. Claire Armagnac-Rodriguez (FBN 112363)
carmagnac@hickeylawfirm.com

**SERVICE LIST**

| | |
|---|---|
| John H. Hickey, Esq. (FBN 305081)<br>hickey@hickeylawfirm.com<br>C. Claire Armagnac-Rodriguez (FBN 112363)<br>carmagnac@hickeylawfirm.com<br>**Hickey Law Firm, P.A.**<br>1401 Brickell Avenue, Suite 510<br>Miami, FL  33131<br>Telephone: (305) 371-8000<br>Facsimile: (305) 371-3542<br>*Attorneys for the Plaintiff* | Curtis Mase, Esq. (FBN 478083)<br>cmase@masetinelli.com<br>**Mase Tinelli**<br>2601 South Bayshore Drive, Suite 800<br>Miami, FL  33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0080<br>*Attorneys for Defendant* |