UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 17-22590-CIV-COOKE

AT LAW AND IN ADMIRALTY

JANE DOE and JOHNNY DOE, as
parents and natural guardians and on
behalf of E.S., a minor child,

      Plaintiffs,

vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINE,

      Defendant.
_____/

## JOINT STIPULATION OF DIMISSAL

Pursuant to this Court's Order [DE 38], the parties hereby file this joint stipulation of dismissal of the above styled action with prejudice. Each party to bear their own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| By: *s/C. Claire Armagnac-Rodriguez*<br>John H. Hickey, Esq. (FBN 305081)<br>hickey@hickeylawfirm.com<br>C. Claire Armagnac-Rodriguez (FBN 112363)<br>carmagnac@hickeylawfirm.com<br>**Hickey Law Firm, P.A.**<br>1401 Brickell Avenue, Suite 510<br>Miami, FL  33131<br>Telephone: (305) 371-8000<br>Facsimile: (305) 371-3542<br>*Attorneys for the Plaintiff* | By: *s/William Seitz*<br>Curtis Mase, Esq. (FBN 478083)<br>cmase@masetinelli.com<br>William Seitz, Esq.<br>**Mase Tinelli**<br>2601 South Bayshore Drive,<br>Suite 800<br>Miami, FL  33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0080<br>*Attorneys for Defendant* |

1

## CERTIFICATE OF SERVICE

We hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 24th day of October 2018. We also certify that the foregoing was served on all counsel or parties of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: *s/C. Claire Armagnac-Rodriguez*
C. Claire Armagnac-Rodriguez
(FBN 112363)
carmagnac@hickeylawfirm.com

## SERVICE LIST

| John H. Hickey, Esq. (FBN 305081) <br> hickey@hickeylawfirm.com <br> C. Claire Armagnac-Rodriguez (FBN 112363) <br> carmagnac@hickeylawfirm.com <br> **Hickey Law Firm, P.A.** <br> 1401 Brickell Avenue, Suite 510 <br> Miami, FL  33131 <br> Telephone: (305) 371-8000 <br> Facsimile: (305) 371-3542 <br> *Attorneys for the Plaintiff* | Curtis Mase, Esq. (FBN 478083) <br> cmase@masetinelli.com <br> **Mase Tinelli** <br> 2601 South Bayshore Drive, Suite 800 <br> Miami, FL  33133 <br> Telephone: (305) 377-3770 <br> Facsimile: (305) 377-0080 <br> *Attorneys for Defendant* |